IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-cr-10062 |
| | ) | |
| KEITH MADSON, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION OF THE UNITED STATES FOR A FINAL ORDER
OF FORFEITURE, WITH SUPPORTING SUGGESTIONS**

NOW COMES, the United States of America, by its attorneys, Douglas J. Quivey, Acting United States Attorney for the Central District of Illinois, and John Hoelzer, Assistant United States Attorney, and respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case for the reasons set forth in the following supporting suggestions. A proposed order is submitted with this motion.

SUPPORTING SUGGESTIONS

1. The Indictment herein sought forfeiture, pursuant to 18 U.S.C. § 2253, of (a) any visual depictions and other matter containing such visual depictions which were produced, transported, mailed, shipped, received, and possessed as alleged therein; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged therein; and (c) any property, real or personal, used or intended to be used to commit or promote the commission of the offenses as alleged therein, including, but not limited to, video recorders and

accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed: Apple iPhone 8, S/N: C8PVJYSRJC6D.

2.     On August 4, 2021, the Defendant entered into a written plea agreement with the United States wherein he pled guilty of Count 2 of the Indictment and agreed to the forfeiture notice contained therein.

3.     Based upon the Defendant's admissions at the time of his change of plea hearing and in the written plea agreement, and the evidence presented by the Government, this Court found that the Government has proven the appropriate nexus between the item sought to be forfeited and the offense to which the Defendant pled guilty and entered a Preliminary Order of Forfeiture regarding the above-described property on August 6, 2021.

4.     In accordance with 21 U.S.C. 853, the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for a period of thirty days beginning on August 7, 2021, on [www.forfeiture.gov](www.forfeiture.gov), an internet site maintained by the U.S. Department of Justice. A Declaration of Publication has been filed herein specifying the details of this publication. All interested parties have been served.

5. No claims were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a final order of forfeiture as proposed in the attached order.

                Respectfully submitted,

                DOUGLAS J. QUIVEY
                ACTING UNITED STATES ATTORNEY

By: */s/ John D. Hoelzer*
     John D. Hoelzer, IL Bar No. 6295098
     Assistant United States Attorney
     United States Attorney's Office
     318 South Sixth Street
     Springfield, IL 62701
     Telephone: 217-492-4450
     Email: john.hoelzer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ John D. Hoelzer*
John D. Hoelzer, IL Bar No. 6295098
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Email: john.hoelzer@usdoj.gov
